## BRAGG vs. BROOKS.

In actions of trespass, if any damages be found for the plaintiff, he is entitled to recover costs.

APPEAL from Callaway Circuit Court.

LEONARD, *for Appellant.*

In actions of trespass, assault, and battery, in the Circuit Court, if the plaintiff recover any damages, he is entitled to judgment for costs.— Rev. Statutes, title, "Costs," sec. 13; 6 Mo. Rep., 450.

JAMISON, SHELEY, and TODD, *for Appellee.*

1. That it does not appear, by the bill of exceptions, what evidence was before the court on the motion relative to costs; this Court cannot see that the court erred.

2. The evidence on the trial was sufficient to authorize the court to award the costs, as was done.

3. By law, the plaintiff was not entitled to recover his costs on the verdict.

TOMPKINS, *Judge,* delivered the opinion of the Court.

Bragg brought an action of trespass, assault, and battery, against Brooks, and recovered a judgment for one dollar; whereupon, the Circuit Court adjudged each party to pay his own costs. Bragg appeals to this Court, to reverse the judgment.

The 13th section of the act concerning costs, (see Digest of 1835, p. 129,) provides, that in all actions of trespass, if, upon trial of the issue, any damage be found for the plaintiff, he shall recover his costs.

The judgment of the Circuit Court, then, is reversed, so far as the costs are concerned, and this cause will be remanded to that court, in order that it may enter up judgment for the plaintiff for his costs, in conformity with this opinion.